JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDDIE ASHLEY, | ) | NO. CV 21-2367-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHRISTIAN PFEIFFER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 23, 2021

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE